**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES**

Case No: **26-3495**                  Case Manager: _____

Case Name: **Saki v. Norman**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☑ Yes   ☐ No
If yes, state:
   Case Name: **Wonser v. Norman**          Citation: **No. 25-3509**
   Was that case mediated through the court's program?   ☑ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This appeal is being taken against all Defendants: Charles Norman and Andy Wilson.**
>
> **We propose to raise three primary issues: (1) The District Court erred by dismissing the action; (2) the District Court erred by denying the motion for a temporary restraining order and preliminary injunction; and (3) the District Court erred by denying attorney's fees.**

**This is to certify that a copy of this statement was served on opposing counsel of record this  12th  day of**

_____ **June** , **2026** .                  **Brian D. Bardwell**
                                                                    Name of Counsel for Appellant

6CA 53
Rev. 6/08