UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3495**

Case Title: **William Saki, et al.** vs. **Charles Norman, et al.**

List all clients you represent in this appeal:

**Charles Norman**
**Andy Wilson**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent        ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Andrew Fraser**        Signature: s/ **Andrew Fraser**

Firm Name: **Isaac Wiles Burkholder & Miller, LLC**

Business Address: **2 Miranova Place, Suite 700**

City/State/Zip: **Columbus, Ohio 43215**

Telephone Number (Area Code): **614-221-2121**

Email Address: **afraser@isaacwiles.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17