IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **WILLIAM SAKI,** *et al.*,<br>*Appellants,*<br>v.<br>**CHARLES L. NORMAN,** *et al.*,<br>*Appellees.* | Case No.: 26-3495 |

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
JUDGE DAN AARON POLSTER
NO. 1:26-CV-1148

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Appellants William Saki, Jeffrey Wonser, and Patrick Corrigan respectfully move for a seven-day extension of the deadline to file a reply in support of their merit brief. Appellants' counsel was dealing with a family illness in the last week and therefore requires a brief extension—until September 21, 2026—to ensure the brief fully addresses the issues raised in Appellees' brief.

This request is not made for purposes of delay, and no previous extensions have been requested or granted in this matter.

Appellees' counsel does not object to the extension.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Appellants William Saki, Jeffrey Wonser, and Patrick Corrigan*

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2026, this document was served on opposing counsel as provided by Fed. R. App. P. 25 (c)(2).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Appellants William Saki, Jeffrey Wonser, and Patrick Corrigan*