**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 14, 2026

Mr. Brian D. Bardwell
Speech Law
4403 St. Clair Avenue
Cleveland, OH 44103

Mr. Ryan Spitzer
Isaac, Wiles, Burkholder & Miller
Two Miranova Place
Suite 700
Columbus, OH 43215

Re: Case No. 26-3495, *William Saki, et al v. Charles Norman, et al*
Originating Case No. 1:26-cv-01148

Dear Counsel,

The appellants' unopposed motion for an extension of time to file the reply brief by seven (7) days has been **GRANTED**. The reply brief is now due **September 21, 2026**.

Sincerely yours,

s/Kelly Stephens, Clerk
Case Management Specialist: Jill
Direct Dial No. 513-564-7024

cc: Mr. John Andrew Fraser